UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 1:21-CR-00093-01 |
| | * |
| VERSUS | * JUDGE JOSEPH |
| | * MAGISTRATE JUDGE PEREZ-MONTES |
| WILLIAM PATRICK POWER | * |

MOTION TO UNSEAL AS TO WILLIAM PATRICK POWER

NOW INTO COURT, comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents as follows:

1.

On April 22, 2021, an Indictment was returned by the federal grand jury charging the defendant, WILLIAM PATRICK POWER, and co-defendant HANNAH CLAIR POWER, a/k/a HANNA CLAIR LUCE, with violation of Title 18, United States Code, Sections 641 and 2 [Public Money, Property, or Records] and a Forfeiture Allegation.

2.

At the time of the grand jury returns, the United States requested that the indictment be placed under seal until the arrest of the defendants.

3.

Defendant WILLIAM PATRICK POWER appeared for his initial appearance and arraignment on Tuesday, June 8, 2021, and entered a plea of not guilty to the charge(s).

4.

Defendant, HANNAH CLAIR POWER, a/k/a HANNAH CLAIR LUCE, has not been apprehended on these charges as of this date.

5.

In light of the defendant's appearance on said charges, the United States wishes to unseal the Indictment as to WILLIAM PATRICK POWER only.

WHEREFORE, the United States moves this Honorable Court to issue an Order unsealing the Indictment as to WILLIAM PATRICK POWER only.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ Daniel J. McCoy*

By: _____
DANIEL J. McCOY, LA Bar ID # 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone:   (337) 262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 1:21-CR-00093-01 |
| | * |
| VERSUS | * JUDGE JOSEPH |
| | * MAGISTRATE JUDGE PEREZ-MONTES |
| WILLIAM PATRICK POWER | * |

C E R T I F I C A T E

I hereby certify that on June 9, 2021, a copy of the Government's Motion to Unseal as to WILLIAM PATRICK POWER was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to Mr. James L. Klock by electronic mail.

ALEXANDER C. VAN HOOK
Acting United States Attorney


_/s/ Daniel J. McCoy_
DANIEL J. McCOY, Bar ID # 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone:   (337) 262-6618